IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02573-MEH-CBS

ANGELINA WHITTIKER,

 Plaintiff,

v.

WENDY'S INTERNATIONAL, INC.,

 Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 19, 2007.**

 Plaintiff's Motion for Reconsideration of the Court's Order Denying Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss [Filed February 2, 2007; Docket #19] is **granted** *nunc pro tunc*.