IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02573-MEH-CBS

ANGELINA WHITTIKER,

     Plaintiff,

v.

WENDY'S INTERNATIONAL, INC.,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the Joint Motion for Dismissal with Prejudice [Filed June 19, 2007; Docket #44].  The Stipulation states that a settlement has been reached and that Plaintiff voluntarily dismisses this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

Accordingly, it is ORDERED that this matter is **dismissed with prejudice**, all parties to pay their own attorney fees and costs.

Dated at Denver, Colorado this 19th day of June, 2007.

BY THE COURT:

  s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge